FILED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

2009 JUN 19 P 1: 26

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO: 09-MJ-425 |
| | ) | MISDEMEANOR |
| v. | ) | |
| | ) | |
| JAMES BROWN | ) | Court Date: July 13, 2009 |

## CRIMINAL INFORMATION

(COUNT I - Class A Misdemeanor- 2016626)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about May 3, 2009, at Marine Corps Base, Quantico, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, JAMES BROWN, did unlawfully operate a motor vehicle upon a highway after his license or privilege was suspended or revoked.

(Violation of Title 18, United States Code, Section 13, assimilating Code of Virginia, Section 46.2-301, 1950 as amended.)

(COUNT II – Class B Petty - 2016628)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about May 3, 2009, at Marine Corps Base, Quantico, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, JAMES BROWN, did unlawfully operate a motor vehicle upon a highway without a valid operator's license.

(Violation of Title 18, United States Code, Section 13, assimilating Code of Virginia, Section 46.2-300, 1950, as amended.)

Respectfully Submitted,

Dana Boente
Acting United States Attorney

_____
Mitchell D. Bishop
Special Assistant
United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Criminal Information was mailed, postage prepaid, on this 22 day of June 2009 to:

JAMES BROWN

By: *[signature]*
Mitchell D. Bishop
Special Assistant
United States Attorney